IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOSEPH ZACHARY WOMBLE, )
 )
         Petitioner, )
 )
vs. ) No. CIV-17-551-C
 )
JOE M. ALLBAUGH, Director, )
Oklahoma Department of Corrections, )
 )
         Respondent. )

## ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on May 19, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 4) of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 23rd day of June, 2017.

ROBIN J. CAUTHRON
United States District Judge